No. 01–482. KNIGHT *v.* SCHMITZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–490. BRANCACCIO *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–500. BERRYHILL *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–505. COX *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 01–519. OMLIN *v.* KAUFMAN & CUMBERLAND, L. P. A. C. A. 6th Cir. Certiorari denied.

No. 01–523. PEGASUS GROUP ET AL. *v.* A & L ENERGY, INC. Sup. Ct. La. Certiorari denied.

No. 01–544. HARRIS COUNTY, TEXAS *v.* SIMI INVESTMENT CO., INC. C. A. 5th Cir. Certiorari denied.

No. 01–545. GRINE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–570. DUKE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–572. HUMPHREYS ET AL. *v.* MEADOWS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 01–579. HAGAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–581. ROBERTS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–605. WALSH *v.* FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, DIVISION OF LAND SALES, CONDOMINIUMS, AND MOBILE HOMES. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 01–621. DACHMAN *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.